No. 6274. PEPITONE *v.* PRELSNIK, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied.

No. 6275. McKINNEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 6276. SINGAL *v.* BLACKWELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 6278. RILEY *v.* FIELD, MEN'S COLONY SUPER-INTENDENT. C. A. 9th Cir. Certiorari denied.

No. 6281. KING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6288. HAYWOOD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6302. MONTERO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6304. WHITE *v.* LaVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 152. PATTERSON *v.* HUMBLE OIL & REFINING Co. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 448. KYRIACO ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied without prejudice, however, to petitioners' making their respective applications, if they so choose, to the District Court for such relief, if any, as may be appropriate in light of developments occurring since petition for writ of certiorari was filed in this Court.